## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ALFREDO LOJA ALULEMA,<br>**Petitioner,**<br><br>v.<br><br>JL JAMISON, JOHN E. RIFE,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, EXECUTIVE<br>OFFICE FOR IMMIGRATION REVIEW,<br>**Respondents.** | CIVIL ACTION<br><br><br><br>NO.  26-5449 |

## O R D E R

**AND NOW**, this 3rd day of August, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **August 6, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.